IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 20-65
HECTOR ARMANDO KELLUM
56 Gravel Hill Road
Huntington Valley, PA 19006

## AMENDED NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **May 15, 2024,** at **1:00 PM** before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from: May 15, 2024, at 2:30 p.m.**

For additional information, please contact the undersigned.

By:  Tashia C. Reynolds, Ph.D.
     Courtroom Deputy to J. R. Barclay Surrick
     Phone: 267.299.7631

Date:  5/14/2024

cc via U.S. Mail:   Defendant
cc via email:       Catherine Redlich, Esq.
                    Kristina Srica, AUSA
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator